**JOHN LEWIS, JR.**
Chapter 7 Trustee-Attorney at Law
1230 Peachtree Street
Suite 1200
Atlanta, GA 30309
404-891-0948

August 19, 2021

Office of the United States Trustee
362 Richard Russell Federal Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Re:    Chinita Temika Deloris May
Chapter 7; Case Number 21-54345-LRC**

To Whom It May Concern:

Please be advised that I have a conflict in the above-referenced Chapter 7 case and cannot serve as Trustee in this matter.  My firm represents a creditor in this case. Kindly re-assign this case to another trustee.

Thank you for your assistance in this matter.

Sincerely,

 /s/ John Lewis, Jr.

John Lewis, Jr.
Attorney at Law

JL/sr

Cc: Stanley J. Kakol, Jr.
The Law Offices of Stanley J. Kakol, Jr.
Suite C
5353 Fairington Road
Lithonia, GA 30038